**Electronically Filed**
**Supreme Court**
**SCWC-14-0000856**
**07-JUL-2015**
**09:32 AM**

SCWC-14-0000856

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

NICHOLAS R. PAO, JR., Petitioner/Plaintiff-Appellant,

vs.

RICHARD C. DEWAELE, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000856; CIV. NO. 04-1-1339)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellant Nicholas R. Pao, Jr.'s

application for writ of certiorari filed on May 22, 2015, is

hereby rejected.

DATED: Honolulu, Hawai‘i, July 7, 2015.

Nicholas R. Pao, Jr.,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



/s/ Michael D. Wilson